# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG Display Co., Ltd., a Korean corporation;<br>LG Electronics, Inc., a Korean corporation;<br>LG Display America, Inc., a California corporation;<br>LG Electronics USA, Inc., a Delaware corporation;<br>Sony Corporation, a Japanese corporation; and<br>Sony Electronics Inc., a Delaware corporation;<br><br>Defendants. | **CASE NO. 6:20-CV-00839-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff Solas OLED Ltd. submits this Unopposed Motion to stay all deadlines in this case, whether set by this Court's Scheduling Order or other order. Good cause supports this request because the parties have finalized and entered into a settlement agreement as to all matters in controversy in this case. Accordingly, the parties request that the Court stay all deadlines in this case until February 19, 2021, while the parties complete their obligations under the agreement and prepare appropriate dismissal papers.

A proposed order is attached.

                                                        Respectfully submitted,

                                                        */s/ Philip X. Wang*
                                                        Marc Fenster
                                                        California State Bar No. 181067
                                                        Email: mfenster@raklaw.com

Reza Mirzaie
Email: rmirzaie@raklaw.com
California State Bar No. 246953
Paul A. Kroeger
California State Bar No. 229074
Email: pkroeger@raklaw.com
Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
Jonathan Ma
California State Bar No. 312773
Email: jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2021, a true and correct copy of this document was electronically filed through the CM/ECF system, and a copy was served via electronic mail upon the following attorney representing Defendants along with the team alias for Defendants:

    Joseph Lee
    Email: Joseph.Lee@lw.com
    LGDSolas.lwteam@lw.com

                                      */s/ Philip X. Wang*
                                      Philip X. Wang