UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG Display Co., Ltd., a Korean corporation;<br>LG Electronics, Inc., a Korean corporation;<br>LG Display America, Inc., a California corporation;<br>LG Electronics USA, Inc., a Delaware corporation;<br>Sony Corporation, a Japanese corporation; and<br>Sony Electronics Inc., a Delaware corporation;<br><br>Defendants. | CASE NO. 6:20-CV-00839-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

Before the Court is Solas's Unopposed Motion to Stay All Deadlines and Notice of Settlement ("Unopposed Motion"). After consideration, the Court finds that the Unopposed Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines shall be stayed until and including February 19, 2021 pending the filing of appropriate dismissal papers.

SIGNED this _____ day of JANUARY 2021

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

**ORDER**